IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MAURICE LOVELL JOHNSON, )
)
Plaintiff, )
)
v. ) CASE NO. CV410-259
)
WARDEN WILLIAMS DONFORTH, )
Valdosta State Prison, CALVIN )
ORR, MR. PHILBIN, and LESA )
SHOE, )
)
Defendants. )
)

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendants Orr, Philbin, and Shoe are **DISMISSED**. Plaintiff may proceed with his claim for injunctive relief against Defendant Donforth.

SO ORDERED this 26th day of October 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA