IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MAURICE LOVELL JOHNSON,            :
                                   :
            Plaintiff,             :
                                   :
VS.                                :        **7 :12-CV-15 (HL)**
                                   :
WARDEN WILLIAMS DONFORTH, and      :
CURTIS RILEY,                      :
                                   :
            Defendants.            :
_____   :

## RECOMMENDATION

Plaintiff, who is proceeding *pro se,* brought the above-styled action pursuant to 42 U.S.C. § 1983 on November 1, 2010. (Doc. 1).   Presently pending in this action is Plaintiff=s Motion for Default Judgment, which was filed on May 25, 2012. (Doc. 18).

Plaintiff is requesting default judgment be entered against the U.S. Marshals for failure to timely serve and against Defendants for their failure to defend this action.   AWhen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party=s default.@  Fed. R. Civ. P. 55(a).

The entry of default or default judgment is not appropriate in this case.   As to the U.S. Marshals, they are not defendants and therefore have not failed to plead or otherwise defend this action.

With regard to Defendants, it appears service forms may have been given to the U.S Marshals; however, there is no indication Defendants were sent waiver of service forms. Defendants have not returned waivers of service.   As waivers of service were not returned, the

Clerk of Court issued summons for personal service of Defendants on August 6, 2012.   (Docs. 19-22).   Defendants must file their Answer or other responsive pleading within twenty-one (21) days of being served with the summons and complaint. *See* Fed. R. Civ. P. 12 (a)(1)(A).

Defendant Donforth appears to have been served on August 31, 2012 (Doc. 23), and if that is the case, he has until September 21, 2012 to file an answer or other responsive pleading.   There is no indication that Defendant Riley has been served.   Accordingly, Defendants have not failed to plead or defend this action.   Accordingly, it is the recommendation of the undersigned that Plaintiff=s Motion for Default Judgment be **DENIED.**

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to the recommendations contained herein with the Honorable Hugh Lawson, United States District Judge, WITHIN FOURTEEN (14) DAYS after being served with a copy of this Recommendation.

**SO RECOMMENDED**, this 11th day of September, 2012.

s/ ***THOMAS Q. LANGSTAFF***
UNITED STATES MAGISTRATE JUDGE

llf