**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **MAURICE LOVELL JOHNSON,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:12-CV-15 (HL) |
| Warden **WILLIAMS DONFORTH**, et al, | : | |
| Defendants | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 24) filed September 11, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed within the time allowed..

**SO ORDERED,** this the 9th day of October, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**