IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MAURICE LOVELL JOHNSON,  :
:
Plaintiff  :
:
v.  :  CASE NO.   7:12-CV-15 (HL)
:
:
Warden WILLIAMS DONFORTH, et al,  :
:
Defendants  :
:

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 35) filed May 14, 2013 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 3rd day of June, 2013.

*s/Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**